1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9   OTTER PRODUCTS, LLC, a<br>10  Colorado limited liability company;<br>    and TREEFROG<br>11  DEVELOPMENTS, INC., a<br>12  Delaware corporation,<br>13              Plaintiffs,<br>14<br>15      v.<br>16  BENSON WAI, an individual; AAF<br>    FREIGHT (LA) CORP., a California<br>17  corporation; GELS LOGISTICS<br>18  INC., a California corporation<br>    (formerly DOE Defendant #1);<br>19  XINDI HU, an individual (formerly<br>20  DOE Defendant #2); AAE EXPRESS<br>    (LA) CORP., a California<br>21  corporation (formerly DOE<br>22  Defendant #3); TOM LU, an<br>    individual (formerly DOE Defendant<br>23  #4); WU LIN, an individual<br>24  (formerly DOE Defendant #5); YAN<br>    ZHEN LIAN, an individual (formerly<br>25  DOE Defendant #6); ALEX<br>26  GALINDO, an individual (formerly<br>    DOE Defendant #7);<br>27  FULECOSHOPPING INC., a<br>28 | Case No. 2:15-cv-03327-JEM<br><br>*Assigned for All Purposes to the Hon.*<br>*John E. McDermott*<br><br><br>**ORDER OF DISMISSAL** |

-1-
ORDER OF DISMISSAL

California corporation (formerly DOE Defendant #8); SEASON OF LIGHT LLC, a Florida limited liability company (formerly DOE Defendant #9); YUN LI OLINGER, an individual (formerly DOE Defendant #10); and DOES 11-20, inclusive,

                Defendants.

# ORDER OF DISMISSAL

This Court, having been advised by Plaintiffs that this action has been settled, hereby orders the following:

1. The following defendants are dismissed *with prejudice*:
   - Benson Wai, an individual
   - AAF Freight (LA) Corp., a California corporation
   - Gels Logistics Inc., a California corporation (formerly DOE Defendant #1)
   - Xindi Hu, an individual (formerly DOE Defendant #2)
   - AAE Express (LA) Corp., a California corporation (formerly DOE Defendant #3)
   - Tom Lu, an individual (formerly DOE Defendant #4)

2. The following defendants are dismissed *without prejudice*:
   - Wu Lin, an individual (formerly DOE Defendant #5)
   - Yan Zhen Lian, an individual (formerly DOE Defendant #6)
   - Alex Galindo, an individual (formerly DOE Defendant #7)

- Fulecoshopping Inc., a California corporation (formerly DOE Defendant #8)
- Season of Light LLC, a Florida limited liability company (formerly DOE Defendant #9)
- Yun Li Olinger, an individual (formerly DOE Defendant #10)

3. All proceedings in the case are vacated and taken off calendar.

4. The Court retains jurisdiction for forty-five days to vacate this Order and reopen the action upon showing of good cause that the settlement has not been completed.

Dated:  <u>July 19, 2016</u>

By _____/s/ John E. McDermott_____
HON. JOHN E. McDERMOTT
UNITED STATE MAGISTRATE JUDGE